UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Joseph L. Martin, et al. | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:14-cv-01737 |
| v. | : | |
| Allied Services Skilled Nursing & Rehabilitation Center, et al. | : : | |
| Defendants | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of Plaintiff Joseph L. Martin in the above-captioned matter.

                                      Respectfully submitted,

Dated: November 18, 2014                       _____
                                      Jack Meyerson (ID No.16405)
                                      MEYERSON & O'NEILL
                                      1700 Market Street, Ste. 3025
                                      Philadelphia, PA 19103
                                      Phone: (215) 972-1376
                                      Fax: (215) 972-0277
                                      jmeyerson@meyersonlawfirm.com