IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH L. MARTIN, ANTHONY W.  :
BLENMAN, NICOLE McCRAE, JULIA  :
GUINTY BETHEA, DARLINE GUINTY,  :
SABRINA GUINTY and TRACEY GUINTY  :
:  CIVIL ACTION NO. 3:14-cv-01737
Pro Se Plaintiffs,  :
:
vs.  :
:
ALLIED SERVICES SKILLED NURSING &  :
REHABILITATION CENTER and  :
HAHNEMANN UNIVERSITY HOSPITAL  :

Defendants.

## WITHDRAWAL OF APPEARANCE

TO: CLERK OF THE COURT

Kindly withdraw my appearance as counsel on behalf of Defendant, Hahnemann University Hospital, in the above-captioned matter.

Respectfully submitted,

_____
Daniel P. Finegan, Esquire (I.D. #38448)
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center – 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1895
daniel.finegan@obermayer.com
(215) 665-3000

4875830

## CERTIFICATE OF SERVICE

I, Eileen K. Keefe, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was served via U.S. First Class Mail on this 19th day of November 2014 on the following parties of record:

Allied Services Skilled Nursing &
    Rehabilitation Center
303 Smallacombe Drive
Scranton, PA  18508
ATTENTION:  Legal Department

Anthony Blenman
609 Koscivszko Street
Brooklyn, NY  11221

Julia Guinty Bethea
2376 W. Shannon Street
Chandler, AZ  85224

Sabrina Guinty
7914 17th Street, Apt. 7
San Diego, CA  92101

Jack Meyerson, Esquire
Laura Siegle, Esquire
Meyerson & O'Neill
1700 Market Street, Suite 3025
Philadelphia, PA  19103

Nicole McCrae
123 West 112th Street, Apt. 3E
New York, NY  10026

Darline Guinty
2376 W. Shannon Street
Chandler, AZ  85224

Tracey Guinty
4002 Stella Court
Richmond, VA  23234

_____
Daniel P. Finegan, Esquire

4875830