Case Number: 3:14-cv-01737-RDM-MCC Document Number: 9 User: EP Printed: 11/17/2014 10:59:41 AM

Tracey Guinty
4002 Stella Court
Richmond, VA 23234

**FILED SCRANTON**

NOV 2 5 2014

PER _____
DEPUTY CLERK

ICE OF THE CLERK
ATES DISTRICT COURT
STRICT OF PENNSYLVANIA
FEDERAL BLDG. & U.S. COURTHOUSE
TH WASHINGTON AVENUE
P.O. BOX 1148
NTON, PA 18501-1148

OFFICIAL BUSINESS

**RECEIVED SCRANTON**

NOV 2 5 2014

PER _____
DEPUTY CLERK



$00.48
US POSTAGE

NIXIE       231   7E 1009      0011/21/14
            RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 18501114848      *2119-01474-17-43